UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x

Plaintiff,                                                    REQUEST TO ENTER DEFAULT

Patricia Waiters *1233 Park ave 3D*                           -CV- ( )
*Hoboken, New Jersey 07030*
                                                              *Case No. 07-0421*
-against-

Defendant(s). Oscar Aviles  *3035 Hackensack Kearney New Jersey 07032*
-----------------------------------------------------------x

TO: NEW JERSEY DISTRICT COURT

Please enter default of defendant(s),

                                                  pursuant to Rule 55(a) of the Federal Rules of

Civil Procedure for failure to plead or otherwise defend the above-captioned action as

fully appears from the court file herein and from the attached affidavit of

Dated: Newark, NJ
, 2007

*Patricia Waiters*
*12/28/2007*

**TAMIKA HARMON**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 5/6/2008**
*Tamika Harmon*