DONATO J. BATTISTA
HUDSON COUNTY COUNSEL
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NEW JERSEY 07306
(201) 795-6250
BY:   MICHAEL L. DERMODY - (MLD-2023)
      FIRST ASSISTANT COUNTY COUNSEL
      ATTORNEY FOR DIRECTOR OSCAR AVILES

| PATRICIA WAITERS | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| Plaintiffs, | : |
| | : CIVIL ACTION NO.: 07-0421 (PGS-ES) |
| v. | : |
| | : |
| DIRECTOR OSCAR AVILES | : |
| | : ORDER |
| Defendants. | : |

This matter having been brought before the Court by the Hudson County Counsel's Office, Michael L. Dermody, First Assistant County Counsel, counsel for Defendants, Prosecutor of Hudson County and Hudson County and the Court having considered the moving papers, and having considered the opposition thereto, and good cause having been shown;

IT IS on this ___3___ day of __april__, 2008

ORDERED, that Defendant's Motion to Vacate Default be and the same hereby is granted; and it is further

ORDERED, that the Defendant's shall file an answer to Plaintiff's Complaint within ___7___ days of the date hereof; and it is further

**ORDERED,** that the Defendant's Motion to Dismiss Plaintiff's complaint shall proceed in the ordinary course and as ordered by the Court; and it is further

**ORDERED,** that a copy of this Order be served upon all counsel/parties within _3_ days of the date hereof.

_Peter Sheridan_, USDJ