**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

October 6, 2008

**LETTER ORDER**

    **Re:**    *Waiters v. Aviles*
            **Civil Action No. 07-0421 (PGS)**

Dear Counsel:

    The undersigned received a October 2, 2008 letter from counsel for Defendant Oscar Aviles requesting permission to file a Motion to Dismiss for Failure to State a Claim. Defendant's request is **GRANTED**.

**SO ORDERED.**

                                        *s/Esther Salas*
                                        **Esther Salas**
                                        **UNITED STATES MAGISTRATE JUDGE**